07 DEC 11 PH 4: 03

1  SWAIN & DIPOLITO LLP
   FRANK X. DIPOLITO (137157)
2  JOHN G. NURSALL (134392)
   555 East Ocean Boulevard, Suite 400
3  Long Beach, California  90802-5052
   Telephone:  (562) 983-7833
4  Facsimile:  (562) 983-7835
   E-mail: fdipolito@swaindipolito.com
5
   Attorneys for Defendant
6  GRAEBEL COMPANIES, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 LEXINGTON INSURANCE COMPANY,         Case No.        6269

12              Plaintiff,        )
                                   )
13      vs.                        )   NOTICE OF REMOVAL OF
                                   )   CIVIL ACTION
14 GRAEBEL COMPANIES, INC.; and DOES )
   1-10, inclusively,              )
15                                 )
                Defendants.        )
16 _____)

17

18      TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19 NORTHERN DISTRICT OF CALIFORNIA:

20

21      PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331,

22 1332, 1337, 1441(b) and 1446, defendant Graebel Companies, Inc.,

23 ("Graebel") hereby seeks to remove the above-entitled action from

24 state court to the United States District Court for the Northern

25 District of California on the following grounds:

26 ///

27 ///

28 ///

1.    The action entitled LEXINGTON INSURANCE COMPANY,
Plaintiff vs. GRAEBEL COMPANIES, INC.; and DOES 1-10, Defendants,
was filed September 14, 2007, in the Superior Court of the State
of California, County of Contra Costa, Wakefield Taylor
Courthouse, Case No. C07-01925.  There have been no proceedings
in the case since that date.

2.    On November 12, 2007, defendant Graebel was served with
the Summons and Complaint in this matter, and was thereby
notified for the first time that this action was pending.  There
are no other defendants that are identified by name in the
Complaint and, to Graebel's knowledge, no other defendants have
been served with the Complaint.

3.    This action is civil in nature and is brought by the
plaintiff to recover damages for the loss or damage to household
goods alleged to have occurred during transit from Washington
State to California, as a result of defendant's alleged failure
to deliver the goods intact and undamaged.

4.    The district courts of the United States have original
jurisdiction of this civil action pursuant to 28 U.S.C. § 1332.
In the Complaint, plaintiff alleges an amount in controversy in
excess of $75,000.00, exclusive of interests and costs.
(Paragraph 10 of plaintiff's Complaint alleges damages in excess
of $1,000,000.00.)  Defendant Graebel is a corporation organized
and existing under the laws of the State of Colorado, with its
principal place of business in the State of Colorado.  Plaintiff

Notice of Removal of Civil Action

1  Lexington Insurance Company, is a corporation organized and

2  existing under the laws of the State of Delaware, with its

3  principal place of business in the State of Massachusetts.

4  Complete diversity of citizenship therefore exists between the

5  plaintiff and the defendant.

6

7       5.    Plaintiff also alleges in the Complaint that certain

8  goods were delivered to Graebel for packing and transportation to

9  Martinez, California, and that goods were damaged or lost while

10  in Graebel's possession during transportation from Sammamish,

11  Washington, to Martinez, California.  Although the Complaint does

12  not refer to any federal statutes, it alleges loss or damage to

13  goods in excess of $10,000.00 while the cargo was being

14  transported in interstate commerce.  Therefore, the case is

15  governed by the Carmack Amendment to the former Interstate

16  Commerce Act, 49 U.S.C. § 14706.  This Act is a statute enacted

17  by Congress to regulate interstate commerce.

18

19       6.    Accordingly, the district courts of the United States

20  have original jurisdiction of this civil action pursuant to 28

21  U.S.C. §§ 1331 and 1337 in that this action arises under the laws

22  of the United States and, more specifically, under an Act of

23  Congress regulating commerce, where the amount in controversy

24  exceeds $10,000.00, exclusive of interest and costs.

25  ///

26  ///

27  ///

28  ///

Notice of Removal of Civil Action

1     7.    The case is removable pursuant to 28 U.S.C. § 1441, and

2 the thirty-day time period established by 28 U.S.C. § 1446(b)

3 within which defendant is required to file this Notice of Removal

4 has not yet expired.

5

6     8.    Petitioner further files herewith true and correct

7 copies of the Summons, Complaint, and all other process,

8 pleadings, and orders received by it in the state court action.

9 (Attached as Exhibit "A"). Concurrent with the filing of this

10 notice, defendant has also filed a Notice of Removal of Case to

11 Federal Court in the Superior Court of California, Contra Costa

12 County (Exhibit "B").

13

14     Petitioner, therefore, requests that the captioned action

15 pending in the Superior Court of the State of California, County

16 of Contra Costa, be removed to this United States District Court,

17 Northern District of California, for the reasons stated above,

18 and that all proceedings in the Superior Court of California be

19 discontinued.

20

21 Dated: December 11, 2007           SWAIN & DIPOLITO LLP

22

23                           By:

24                              FRANK X. DIPOLITO
                             Attorneys for Defendant

25                              GRAEBEL COMPANIES, INC.

26

27

28

Notice of Removal of Civil Action

EXHIBIT A

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

NOTICE TO ~~DEFENDANT~~ DEFENDANTS:
(AVISO AL DEMANDADO):

Graebel Companies, Inc.; and Does 1-10, inclusively

FILED

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2007 SEP 14 P 12: 31

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF

BY: C. Aguilar-Jacala, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Lexington Insurance Company

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Martinez Superior Court<br>725 Court Street | CASE NUMBER:<br>*(Número del Caso):*<br>C 07 01925 |

Martinez, CA 94553
Wakefield Taylor Courthouse

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Tenny Mirzayan
COZEN O'CONNOR
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017-5823

Phone: 213.892.7900 Fax: 213.892.7999

| DATE:<br>*(Fecha)* SEP 1 4 2007 | Clerk, by C. AGUILAR-JACALA<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [✓] on behalf of *(specify)*:

   under: [✓] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)      [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)      [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)*:

4. [✓] by personal delivery on *(date):* 11/12/07

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

A-5

Tenny Mirzayan
California Bar No. 233471
COZEN O'CONNOR
777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

FILED

2007 SEP 14 P 12: 30

R. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY: _____
C. Aguilar-Jacobs, Deputy Clerk

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO
DEPT _____

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

WAKEFIELD TAYLOR COURTHOUSE

LEXINGTON INSURANCE COMPANY,

          Plaintiff,

   vs.

GRAEBEL COMPANIES, INC.; and DOES 1-10, inclusively,

          Defendants.

Case No. C 07 -01925

**COMPLAINT FOR DAMAGES**

1.    **STRICT LIABILITY**
       [*Civil Code* §2194]

Plaintiff LEXINGTON INSURANCE COMPANY, as subrogee of Sanford Kellman, Ph.D., alleges as follows:

**FIRST CAUSE OF ACTION**

(For Strict Liability - *Civil Code* §2194)

1.     At all times herein mentioned, Plaintiff LEXINGTON INSURANCE COMPANY was, and is now, a corporation duly organized and existing under and by virtue of the laws of the United States and authorized to transact insurance business in the State of California.

2.     Lexington Insurance Company provided insurance to its insured, Sanford Kellman, Ph.D., via insurance policy number LE 7892089 (hereinafter "THE POLICY"). Graebel Companies, Inc. was, and at all relevant times herein is, in the business of shipping goods and freight.

///

SUMMONS ISSUED

COMPLAINT FOR DAMAGES

A-6

3.    Pursuant to the terms of THE POLICY provided by Lexington Insurance Company to Sanford Kellman, Lexington Insurance Company paid Sanford Kellman compensation for damages arising from the damage of goods in an amount in excess of $1,000,000.00.

4.    Lexington Insurance Company is subrogated to the interests of Sanford Kellman upon payment of the claim.

5.    At all times herein mentioned, Defendant Graebel Companies, Inc. was, and is now, a business entity doing business as a common carrier of goods and freight for reward in the states of Washington and California, with its principal place of business in the state of Colorado.

6.    Plaintiff is unaware of the true names and capacities, whether individual, corporate, associate or otherwise of defendants sued herein as DOES 1 through 10, inclusive, and, therefore, sues said defendants by such fictitious names and will ask leave of court to amend this Complaint to show their true names and capacities when the same have been ascertained.

7.    At all times herein mentioned, defendants, and each of them, were the agents, employees, joint venturers, joint tortfeasors and partners of each of their co-defendants and, in doing the things herein described, were acting within the course and scope of their authority as such agents, employees, joint venturers, joint tortfeasors and partners.

8.    On or about November 18, 2006, certain goods, including audio equipment and home furnishings, were delivered to defendants, and each of them, for packing and transportation by them to Martinez, California. Thereafter, goods were damaged and lost while in defendants' possession during transportation from Sammamish, Washington to Martinez, California.

9.    Defendants, and each of them, failed to deliver the subject goods intact and undamaged and are, therefore, liable under *Civil Code* §2194 for the value of said goods.

10.    As a direct and legal result of the failure of defendants, and each of them, to deliver the subject goods to Martinez, California intact and undamaged, plaintiff has suffered damages in a total amount in excess of $1,000,000.00.

///

///

///

A-7

1      WHEREFORE, Plaintiff LEXINGTON INSURANCE COMPANY prays for judgment

2  against defendants, and each of them, as follows:

3      1.     For damages in the amount of $1 million ($1,000,000.00), together with prejudgment

4  interest thereon at the legal rate from the date of loss;

5      2.     For costs of suit incurred herein; and

6      3.     For such other and further relief as the court may deem just and proper.

7

8  DATED:  September 11, 2007         COZEN O'CONNOR

9

10            By:

11               TENNY MIRZAYAN
             Attorneys for Plaintiff

12               LEXINGTON INSURANCE COMPANY

13  LOS_ANGELES\82758\1  198607.000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
COMPLAINT FOR DAMAGES

A-8

SUPERIOR COURT – MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

LEXINGTON INSUR CO. VS. GRAEBEL COMPANY

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSC07-01925

1.   NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 02/01/08      DEPT: 02       TIME:  8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)957-5794 for Unlimited Civil
cases and (925)957-5791 for Limited Civil cases for assignment of an
earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

   a.  an order establishing a discovery schedule
   b.  an order referring the case to arbitration
   c.  an order transferring the case to limited jurisdiction
   d.  an order dismissing fictitious defendants
   e.  an order scheduling exchange of expert witness information
   f.  an order setting subsequent conference and the trial date
   g.  an order consolidating cases
   h.  an order severing trial of cross-complaints or bifurcating
       issues
   i.  an order determining when demurrers and motions will be filed

                         SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

       Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  09/14/07                _____
                                   C. JACALA, Deputy Clerk

A-9

EXHIBIT B

1 | SWAIN & DIPOLITO LLP
FRANK X. DIPOLITO (137157)
2 | JOHN G. NURSALL (134392)
555 East Ocean Boulevard, Suite 400
3 | Long Beach, California  90802-5052
Telephone:  (562) 983-7833
4 | Facsimile:  (562) 983-7835
E-mail: fdipolito@swaindipolito.com

5

Attorneys for Defendant
6 | GRAEBEL COMPANIES, INC.

7

8 |                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |               IN AND FOR THE COUNTY OF CONTRA COSTA

10 |                  WAKEFIELD TAYLOR COURTHOUSE

11 | LEXINGTON INSURANCE COMPANY,          )     Case No. C07-01925
                                        )
12 |                  Plaintiff,          )
                                        )     NOTICE OF REMOVAL OF CASE
13 |       vs.                           )     TO FEDERAL COURT
                                        )
14 | GRAEBEL COMPANIES, INC.; and DOES   )
      1-10, inclusively,                 )
15 |                                     )
                   Defendants.           )
16 | _____)

17

18 |       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19

20 |       PLEASE TAKE NOTICE that defendant Graebel Companies, Inc.,

21 | filed in the United States District Court for the Northern

22 | District of California its Notice of Removal of Civil Action to

23 | said United States District Court based on 28 U.S.C. §§ 1331,

24 | 1332, 1337, 1441(b), and 1446, and that a copy of said Notice of

25 | Removal of Civil Action is on file with the above-captioned

26 | court.  A copy of said Notice of Removal is attached hereto as

27 | Exhibit "A."

28 | ///

- 1 -
Notice of Removal of Case to Federal Court

B-10

1    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C.

2  § 1446(d), the filing of said Notice of Removal of Civil Action

3  in the United States District Court, together with the filing of

4  a copy of said Notice of Removal of Civil Action with this Court,

5  effects the removal of this action, and this Court may proceed no

6  further unless and until the case is remanded.

7

8  DATED:      December 11, 2007          SWAIN & DIPOLITO LLP

9

10                              By:  _____
                                     FRANK X. DIPOLITO
11                                   Attorneys for Defendant
                                     GRAEBEL COMPANIES, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
Notice of Removal of Case to Federal Court

B-11

1    **DECLARATION OF SERVICE**

2        I, the undersigned, certify and declare as follows:

3        I am employed in the County of Los Angeles, State of

4    California and am over the age of eighteen and not a party to

5    this action.  My business address is 555 East Ocean Boulevard,

6    Suite 400, Long Beach, California  90802-5052.

7        On December 11, 2007, I served the foregoing *NOTICE OF*

8    *REMOVAL OF CASE TO FEDERAL COURT* as follows:

9        [ ]  by personal delivery of a true copy thereof to:

10       [✓]  by placing a true copy thereof enclosed in a sealed

11            envelope with postage thereon fully prepaid in the

12            United States mail at Long Beach, California, addressed

13            as follows:

14                        Tenny Mirzayan, Esq.
                          COZEN O'CONNOR
15             777 South Figueroa Street, Suite 2850
                        Los Angeles, CA 90017

16

17       [✓]  (State) I declare under penalty of perjury under the laws

18    of the State of California that the foregoing is true and correct.

19       [ ]  (Federal) I declare that I am employed in the office of

20    a member of the bar of this court at whose direction the service

21    was made.

22        Executed on December 11, 2007 in Long Beach, California.

23

24                        _Victoria Mathis_

25                        Victoria Mathis

26

27

28

B-12

1        **DECLARATION OF SERVICE**

2        I, the undersigned, certify and declare as follows:

3        I am employed in the County of Los Angeles, State of

4   California and am over the age of eighteen and not a party to

5   this action.  My business address is 555 East Ocean Boulevard,

6   Suite 400, Long Beach, California  90802-5052.

7        On December 11, 2007, I served the foregoing *NOTICE OF*

8   *REMOVAL OF CIVIL ACTION* as follows:

9        [ ]  by personal delivery of a true copy thereof to:

10       [√]  by placing a true copy thereof enclosed in a sealed

11            envelope with postage thereon fully prepaid in the

12            United States mail at Long Beach, California, addressed

13            as follows:

14                     Tenny Mirzayan, Esq.
                        COZEN O'CONNOR
15          777 South Figueroa Street, Suite 2850
                     Los Angeles, CA 90017
16

17       [ ]  (State) I declare under penalty of perjury under the laws

18  of the State of California that the foregoing is true and correct.

19       [√]  (Federal) I declare that I am employed in the office of

20  a member of the bar of this court at whose direction the service

21  was made.

22       Executed on December 11, 2007 in Long Beach, California.

23

24                                   *Victoria Mathis*
                                    _____
25                                   Victoria Mathis

26

27

28