1  SWAIN & DIPOLITO LLP
   FRANK X. DIPOLITO (137157)
2  JOHN G. NURSALL (134392)
   555 East Ocean Boulevard, Suite 400
3  Long Beach, California  90802-5052
   Telephone:  (562) 983-7833
4  Facsimile:  (562) 983-7835
   E-mail: fdipolito@swaindipolito.com
5
   Attorneys for Defendant
6  GRAEBEL COMPANIES, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 LEXINGTON INSURANCE COMPANY,       )  Case No. CV 07 6269
                                      )
12             Plaintiff,             )  CERTIFICATION OF
                                      )  INTERESTED ENTITIES OR
13      vs.                           )  PERSONS OF DEFENDANT
                                      )  GRAEBEL COMPANIES, INC.
14 GRAEBEL COMPANIES, INC.; and DOES  )
   1-10, inclusively,                 )  [Civil L.R. 3-16]
15                                    )
               Defendants.            )
16 _____)

17

18      TO THIS HONORABLE COURT AND ALL PARTIES:

19

20      Pursuant to Civil L.R. 3-16, the undersigned counsel of

21 record for defendant Graebel Companies, Inc., certifies that the

22 following listed parties have a direct, pecuniary interest in the

23 outcome of this case.  These representations are made to enable

24 the Court to evaluate possible disqualification or recusal.

25 ///

26 ///

27 ///

28 ///

1.  Lexington Insurance Company - plaintiff

2.  Graebel Companies, Inc. - defendant

3.  Graebel Holdings, Inc. - parent corporation of defendant Graebel Companies, Inc.

4.  Fireman's Fund Insurance Company - insurer of Graebel Companies, Inc.

DATED:   December 11, 2007

SWAIN & DIPOLITO LLP

By: _____
FRANK X. DIPOLITO
Attorneys of Record for
Defendant GRAEBEL COMPANIES, INC.

Certification of Interested Entities or Persons of Defendant Graebel Companies, Inc. [Civ. L.R. 3-16]

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California 90802-5052.

On December 11, 2007, I served the foregoing *CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT GRAEBEL COMPANIES, INC.* as follows:

[ ]   by personal delivery of a true copy thereof to:

[√]   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Long Beach, California, addressed as follows:

> Tenny Mirzayan, Esq.
> COZEN O'CONNOR
> 777 South Figueroa Street, Suite 2850
> Los Angeles, CA 90017

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2007 in Long Beach, California.

_Victoria Mathis_
Victoria Mathis