1  Tenny Mirzayan
   California Bar No. 233471
2  COZEN O'CONNOR
   777 South Figueroa Street
3  Suite 2850
   Los Angeles, California 90017
4  Telephone: 213.892.7900
   Toll Free Phone: 800.563.1027
5  Facsimile: 213.892.7999

6  Attorneys for Plaintiff
   LEXINGTON INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 LEXINGTON INSURANCE COMPANY,        Case No.: CV 07-6269 JCS

11         Plaintiff,                   DECLINATION TO PROCEED BEFORE
                                        A MAGISTRATE JUDGE
12    vs.                                         AND
                                        REQUEST FOR REASSIGNMENT TO A
13 GRAEBEL COMPANIES, INC.; and DOES 1-10,  UNITED STATES DISTRICT JUDGE
   inclusively,
14
           Defendants.
15

16

17     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18     The undersigned party hereby declines to consent to the assignment of this case to a United

19 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20 a United States District Judge.

21
   DATED: December 18, 2007              COZEN O'CONNOR
22

23
                                         By: _____
24                                           TENNY MIRZAYAN
                                             Attorneys for Plaintiff
25                                           LEXINGTON INSURANCE COMPANY

26

27

28

                                              1

*Lexington Insurance Company v. Graebel Companies, Inc., et al.*
United States District Court, Northern District of Calif. Case No. CV 07-6269

# PROOF OF SERVICE

STATE OF CALIFORNIA    )  s.s.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 777 South Figueroa Street, Suite 2850, Los Angeles, California 90017-5400.

      On December 19, 2007, I served the document **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Frank X. Dipolito, Esq.<br>John G. Nursall, Esq.<br>Swain & Dipolito, LLP<br>555 East Ocean Blvd., Suite 400<br>Long Beach, CA 90802-5052 | *Attorneys for Defendant, Graebel Companies, Inc.*<br>Telephone:  562.983.7833<br>Facsimile:   562.983.7835<br>E-mail:      fdipolito@swaindipolito.com |

☒   BY MAIL. I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States postal Service in a sealed envelope with postage fully prepaid.

☐   BY PERSONAL SERVICE. I caused such envelopes to be delivered by hand to the offices of the addressee.

☐   BY FEDERAL EXPRESS. I enclosed true and correct copies of said document(s) in an envelope, and placed it for collection and mailing via Federal Express on    , for guaranteed delivery on    , following the ordinary business practice.

☐   BY FACSIMILE. I caused such documents to be sent to the address above via the facsimile number indicated:   .

☐   ELECTRONIC: I submitted an electronic version of the document via FTP upload to LexisNexis/FileAndServe pursuant to the Court's Order.

      Executed on December 19, 2007, at Los Angeles, California.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ A.H. Kuhl*
Gregory H. Kuhl

---

PROOF OF SERVICE