```
 1  SWAIN & DIPOLITO LLP
    FRANK X. DIPOLITO (137157)
 2  JOHN G. NURSALL (134392)
    555 East Ocean Boulevard, Suite 400
 3  Long Beach, California  90802-5052
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: fdipolito@swaindipolito.com
 5
    Attorneys for Defendant
 6  GRAEBEL COMPANIES, INC.

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  LEXINGTON INSURANCE COMPANY,   )  Case No. CV 07 06269 JCS
                                   )
12              Plaintiff,         )  Honorable Joseph C. Spero
                                   )
13      vs.                        )  CONSENT TO PROCEED BEFORE
                                   )  UNITED STATES MAGISTRATE
14  GRAEBEL COMPANIES, INC.; and DOES )  JUDGE
    1-10, inclusively,             )
15                                 )
                Defendants.        )
16  _____)

17

18      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19      In accordance with the provisions of Title 28, U.S.C.

20  Section 636(c), the undersigned party in the above-captioned

21  civil matter hereby voluntarily consents to have a United States

22  Magistrate Judge conduct any and all further proceedings in the

23  case, including trial, and order the entry of a final judgment.

24  ///

25  ///

26  ///

27

28
```

- 1 -

Graebel Companies, Inc.'s Consent to Proceed Before U.S. Magistrate Judge

1 | Appeal from the judgment shall be taken directly to the United
2 | States Court of Appeals of the Ninth Circuit.
3 |
4 | DATED:    December 31, 2007              SWAIN & DIPOLITO LLP
5 |
6 |                                          By: _____
7 |                                              FRANK X. DIPOLITO
                                                 Attorney for Defendant,
                                                 GRAEBEL COMPANIES, INC.
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California 90802-5052.

On December 31, 2007, I served the foregoing *CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE* as follows:

[ ] by personal delivery of a true copy thereof to:

[√] via e-filing to:

> Tenny Mirzayan, Esq.
> COZEN O'CONNOR
> 777 South Figueroa Street, Suite 2850
> Los Angeles, CA 90017

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 31, 2007 in Long Beach, California.

Frank Dipolito