**United States District Court**

For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5
6   LEXINGTON INSURANCE CO.,                    No. C07-6269 JCS

7              Plaintiff(s),

8         v.                                    NOTICE OF IMPENDING REASSIGNMENT
                                                TO A UNITED STATES DISTRICT JUDGE
9   GRAEBEL COMPANIES,

10             Defendant(s).
    _____/
11

12         The Clerk of this Court will now randomly reassign this case to a United States District

13   Judge because:

14         [X]     One or more of the parties has requested reassignment to a United States District

15   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

16         []      One or more of the parties has sought a type of judicial action (e.g., a temporary

17   restraining order) that a United States Magistrate Judge may not take without the consent of all

18   parties, the necessary consents have not been secured, and time is of the essence.

19         ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20   SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

21   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

22

23   Dated: January 7, 2008

24                                         Richard W. Wieking, Clerk
                                           United States District Court
25                                         *Karen L. Hom*
                                           _____
26                                         By: Karen L. Hom
                                           Courtroom Deputy
27   cc: Intake

28