Philip A. Fant
California Bar No. 154600
COZEN O'CONNOR
425 California Street
Suite 2400
San Francisco, CA 94104
Telephone: 415-617-6100
Facsimile: 415-617-6101

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Case No.: C 07-6269 MHP |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF TRIAL COUNSEL FOR PLAINTIFF** |
| vs. | |
| GRAEBEL COMPANIES, INC.; and DOES 1-10, inclusively, | |
| Defendants. | |
| _____ / | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Philip A. Fant of Cozen O'Connor has replaced Tenny

Mirzayan of Cozen O'Connor as trial counsel for plaintiff Lexington Insurance Company in this

matter.

DATED:  January 22, 2008                    COZEN O'CONNOR


By: _____
PHILIP A. FANT
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

1
NOTICE OF SUBSTITUTION OF TRIAL COUNSEL FOR PLAINTIFF