```
 1 | SWAIN & DIPOLITO LLP
   | FRANK X. DIPOLITO (137157)
 2 | JOHN G. NURSALL (134392)
   | 555 East Ocean Boulevard, Suite 400
 3 | Long Beach, California  90802-5052
   | Telephone:  (562) 983-7833
 4 | Facsimile:  (562) 983-7835
   | E-mail: fdipolito@swaindipolito.com
 5 |
   | Attorneys for Defendant
 6 | GRAEBEL COMPANIES, INC.
 7 |
 8 |            UNITED STATES DISTRICT COURT
 9 |           NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | LEXINGTON INSURANCE COMPANY,  )  Case No. CV 07-06269 MHP
                                  )
12 |            Plaintiff,         )  Honorable Marilyn Hall
                                  )  Patel
13 |     vs.                       )
                                  )  [PROPOSED] ORDER GRANTING
14 | GRAEBEL COMPANIES, INC.; and  )  REQUEST TO PARTICIPATE IN
   | DOES 1-10, inclusively,       )  CASE MANAGEMENT
15 |                              )  CONFERENCE BY TELEPHONE
   |            Defendants.        )
16 | _____)  DATE:  March 31, 2008
                                     TIME:  4:00 p.m.
17 |                                  DEPT:  15
18 |
19 |      Having considered the Request to Participate in Case
20 | Management Conference by Telephone submitted by Frank X.
21 | Dipolito, it is hereby Ordered that such Request is hereby
22 | granted.  Before the Conference is set to begin, Frank X.
23 | Dipolito shall call (415) _____.
24 |
25 | IT IS SO ORDERED.
26 |
27 | DATED:_____
                                    _____
                                    HONORABLE MARILYN HALL PATEL
28 |                                 U.S. DISTRICT COURT JUDGE
```

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California 90802-5052.

On March 18, 2008, I served the foregoing *[PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE* as follows:

[ ]   by personal delivery of a true copy thereof to:

[√]   via e-filing to:

> Philip A. Fant, Esq.
> COZEN O'CONNOR
> 425 California Street, Suite 2400
> San Francisco, CA 94104

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 18, 2008 in Long Beach, California.

s/Frank Dipolito
Frank Dipolito