```
 1  SWAIN & DIPOLITO LLP
    FRANK X. DIPOLITO (137157)
 2  JOHN G. NURSALL (134392)
    555 East Ocean Boulevard, Suite 400
 3  Long Beach, California  90802-5052
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: fdipolito@swaindipolito.com
 5
    Attorneys for Defendant
 6  GRAEBEL COMPANIES, INC.

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  LEXINGTON INSURANCE COMPANY,    )   Case No. CV 07-06269 MHP
                                    )
12              Plaintiff,          )   Honorable Marilyn Hall
                                    )   Patel
13       vs.                        )
                                    )   REQUEST TO PARTICIPATE IN
14  GRAEBEL COMPANIES, INC.; and DOES )  CASE MANAGEMENT
    1-10, inclusively,              )   CONFERENCE BY TELEPHONE
15                                  )
                Defendants.         )   Civil L.R. 16-10 (a)
16  _____  )
                                        DATE:  March 31, 2008
17                                      TIME:  4:00 p.m.
                                        DEPT:  15
18

19       I, Frank X. Dipolito, attorney for Defendant Graebel

20  Companies, Inc., respectfully request this Court's permission to

21  attend the March 31, 2008, Case Management Conference by

22  telephone.  This request is made pursuant to Civil L.R. 16-10

23  (a).

24  ///

25  ///

26  ///

27  ///

28  ///
```

- 1 -
Request to Participate in Case Management Conference by Telephone  [Civ. L.R. 16-10(a)]

1  This request is made because my office is located in Long
2  Beach, California. Being able to participate by telephone would
3  save time and expenses. On March 13, 2008, I contacted Mr.
4  Philip A. Fant, attorney for Plaintiff Lexington Insurance
5  Company, and he advised that he does not object to our
6  participating in the Case Management Conference by telephone.

8  DATED:    March 17, 2008            SWAIN & DIPOLITO LLP

10                            By:  s/Frank X. Dipolito
                                   FRANK X. DIPOLITO
11                                 Attorneys for Defendant
                                   GRAEBEL COMPANIES, INC.

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California 90802-5052.

On March 18, 2008, I served the foregoing *REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE* as follows:

[ ]   by personal delivery of a true copy thereof to:

[√]   via e-filing to:

> Philip A. Fant, Esq.
> COZEN O'CONNOR
> 425 California Street, Suite 2400
> San Francisco, CA 94104

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 18, 2008 in Long Beach, California.

> s/Frank Dipolito
> Frank Dipolito