Philip A. Fant (SBN 154600)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104
Telephone: 415.617.6100
Facsimile: 415.617.6101
E-Mail: pfant@cozen.com

Attorneys for Plaintiff
Lexington Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Case No.: C07-06269 MHP |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| GRAEBEL COMPANIES, INC., | [CIVIL L.R. 3-16] |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Lexington Insurance Company;
2. AIG Insurance Group;
3. Sanford Kellman.

DATED: March 20, 2008             COZEN O'CONNOR


                                  By: _____
                                      PHILIP A. FANT
                                      Attorneys for Plaintiff
                                      LEXINGTON INSURANCE COMPANY

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS