# SWAIN & DIPOLITO LLP
### ATTORNEYS AT LAW
555 EAST OCEAN BOULEVARD
SUITE 400
LONG BEACH, CALIFORNIA 90802-5051

TELEPHONE (562) 983-7833
FACSIMILE (562) 983-7835

OF COUNSEL
CHERYL F. GERTLER

March 21, 2008

VIA ELECTRONIC FILING

To the Clerk of the Honorable Marilyn H. Patel

      Re:  Lexington Insurance v. Graebel Companies
           USDC NDCA Case No. C 07-6269 MHP

Dear Sir:

      We refer to our March 21, 2008, telephone conversation and confirm that the Court has agreed to grant our Request to Participate in Case Management Conference by Telephone, contingent upon moving the Case Management date and time to April 17, 2008 at 3:00 pm. and contingent upon Lexington's attorney, Mr. Philip Fant, agreeing to participate by telephone on that date and time, which he has.

      Therefore, we confirm that the Case Management Conference is continued from 4:00 p.m., March 31, 2008, to 3:00 p.m., April 17, 2008, by telephone. We also confirm that we will initiate a conference call with Mr. Fant on the line, and we will call the Court at (415) 522-3600 a few minutes before 3:00 p.m. on April 17th.

      If any of the above is not correct, please let us know.

      Thank you.

Very truly yours,
s/Frank X. Dipolito
SWAIN & DIPOLITO LLP
555 E. Ocean Blvd., Suite 400
Long Beach, CA 90802
tel: (562) 983-7833
fax: (562) 983-7835

cc: Philip A. Fant, Esq.
    COZEN O'CONNOR