# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lexington Insurance Company,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Graebel Companies, Inc.,<br><br>　　　　　　Defendant(s). | 07-06269 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Samuel F. Barnum**
Attorney At Law
4302 Redwood Highway, Ste. 100
San Rafael, CA 94903
415-492-9800
sambarnum@earthlink.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06269 MHP MED　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 15, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06269 MHP MED                - 2 -