## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 17, 2008

Case No.   C 07-6269  MHP            Judge: MARILYN H. PATEL

Title: LEXINGTON INSURANCE COMPANY -v- GRAEBEL COMPANIES INC

Attorneys:  Plf: Phillip Fant
            Dft: Frank Dipolito

Deputy Clerk:  Anthony Bowser   Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)   Telephonic Status Conference

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Settlement negotiations ongoing; Further telephonic status conference set for 6/3/2008 at 3:00 pm, with a joint supplemental status report to be filed by 5/27/2008; Defendant to initiate phone conference.