1  PHILIP A. FANT (SBN 154600)
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4
   E-Mail: pfant@cozen.com
5
   Attorneys for Plaintiff
6  LEXINGTON INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 LEXINGTON INSURANCE COMPANY,    )   Case No.: C07-06269 MHP
                                   )
11         Plaintiff,              )   **JOINT STATUS CONFERENCE**
                                   )   **STATEMENT**
12      vs.                        )
                                   )   Telephonic Status Conference
13 GRAEBEL COMPANIES, INC,         )   Date: June 3, 2008
                                   )   Time: 3:00 p.m.
14         Defendant.              )
                                   )
15 _____ )

16

17         In accordance with the Court's order following the April 17, 2008 conference in this

18 matter, plaintiff Lexington Insurance Company and defendant Graebel Companies, Inc., through

19 undersigned counsel, submit this supplemental joint status report.

20         Counsel have mutually agreed to recommend a certain settlement amount to their

21 respective clients and anticipate that they will each obtain authority to settle for that amount in the

22 near future. Accordingly, it is respectfully suggested that the Court continue the June 3, 2008 status

23 conference approximately 30 days, within which it is anticipated that a settlement will be reached.

1

DATED: May 27, 2008                           COZEN O'CONNOR


                                              By: /s/_____
                                                   PHILIP A. FANT
                                                   Attorneys for Plaintiff
                                                   LEXINGTON INSURANCE COMPANY

DATED: May 27, 2008                           SWAIN & DIPOLITO LLP


                                              By: /s/_____
                                                   FRANK X. DIPOLITO
                                                   Attorneys for Defendant
                                                   GRAEBEL COMPANIES, INC.