```
SWAIN & DIPOLITO LLP
FRANK X. DIPOLITO (137157)
JOHN G. NURSALL (134392)
555 East Ocean Boulevard, Suite 400
Long Beach, California  90802-5052
Telephone:  (562) 983-7833
Facsimile:  (562) 983-7835
E-mail: fdipolito@swaindipolito.com

Attorneys for Defendant
GRAEBEL COMPANIES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Case No. CV 07 6269 MHP |
| Plaintiff, | Honorable Marilyn Hall Patel |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON |
| GRAEBEL COMPANIES, INC.; and DOES 1-10, inclusively, | |
| Defendants. | Rule 41, Fed.R.Civ.P. |

IT IS HEREBY STIPULATED, by and between plaintiff LEXINGTON INSURANCE COMPANY and defendant GRAEBEL COMPANIES, INC., through their respective counsel, that the Complaint be dismissed with prejudice, each party to bear its own costs and attorney's fees.

///
///
///
///
///
///

1     I, Frank X. Dipolito, attest that concurrence in the filing
2 of this document was obtained by me from Mr. Philip A. Fant, Esq.
3 on August 19, 2008.

5 DATED: August 19, 2008      COZEN O'CONNOR

7      By: _____
8          Phillip A. Fant
         Attorneys for Plaintiff
9          LEXINGTON INSURANCE COMPANY

10 DATED: August 19, 2008      SWAIN & DIPOLITO LLP

12      By: _____
13          Frank X. Dipolito
         Attorneys for Defendant
14          GRAEBEL COMPANIES, INC.

16      <u>ORDER</u>

18     IT IS SO ORDERED.

20 DATED: _____
           UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California  90802-5052.

On August 19, 2008, I served the foregoing *STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON* as follows:

[ ]   by personal delivery of a true copy thereof to:

[√]   Via electronic filing to:

>Philip A. Fant, Esq.
>COZEN O'CONNOR
>425 California Street, Suite 2400
>San Francisco, CA 94104

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2008 in Long Beach, California.


                                                Frank X. Dipolito