```
 1  SWAIN & DIPOLITO LLP
    FRANK X. DIPOLITO (137157)
 2  JOHN G. NURSALL (134392)
    555 East Ocean Boulevard, Suite 400
 3  Long Beach, California  90802-5052
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: fdipolito@swaindipolito.com
 5
    Attorneys for Defendant
 6  GRAEBEL COMPANIES, INC.

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10
```

| | | |
|---|---|---|
| 11 | LEXINGTON INSURANCE COMPANY, ) | Case No. CV 07 6269 MHP |
| 12 | Plaintiff, ) | Honorable Marilyn Hall Patel |
| 13 | vs. ) | STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON |
| 14 | GRAEBEL COMPANIES, INC.; and DOES ) 1-10, inclusively, ) | |
| 15 | Defendants. ) | Rule 41, Fed.R.Civ.P. |

   IT IS HEREBY STIPULATED, by and between plaintiff LEXINGTON INSURANCE COMPANY and defendant GRAEBEL COMPANIES, INC., through their respective counsel, that the Complaint be dismissed with prejudice, each party to bear its own costs and attorney's fees.

///
///
///
///
///
///

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON

1  I, Frank X. Dipolito, attest that concurrence in the filing
2  of this document was obtained by me from Mr. Philip A. Fant, Esq.
3  on August 19, 2008.

5  DATED: August 19, 2008                COZEN O'CONNOR

7                                        By: _____
                                          Phillip A. Fant
8                                         Attorneys for Plaintiff
                                          LEXINGTON INSURANCE COMPANY

10 DATED: August 19, 2008                SWAIN & DIPOLITO LLP

12                                        By: _____
                                          Frank X. Dipolito
13                                        Attorneys for Defendant
                                          GRAEBEL COMPANIES, INC.

16                                        ORDER

18     IT IS SO ORDERED.

20 DATED: 8/22/2008  _____

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 400, Long Beach, California 90802-5052.

On August 19, 2008, I served the foregoing *STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON* as follows:

[ ] by personal delivery of a true copy thereof to:

[√] Via electronic filing to:

> Philip A. Fant, Esq.
> COZEN O'CONNOR
> 425 California Street, Suite 2400
> San Francisco, CA 94104

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2008 in Long Beach, California.


                                    _____
                                    Frank X. Dipolito